154 A.3d 318

Mario ABREU, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee

No. 69 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: February 22, 2017

## ORDER

PER CURIAM

**AND NOW**, this 22nd day of February, the Order of the Commonwealth Court is hereby **AFFIRMED**.